# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TERRANCE ADAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-0726 (RJL) |
| | ) | |
| CHIMES DISTRICT OF COLUMBIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DISMISSAL ORDER

June ____, 2011

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [#5] is GRANTED AS CONCEDED; and

it is

FURTHER ORDERED that this action is DISMISSED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge